```
          IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                   HARRISON DIVISION
```

**CHANEL, INC., a New**
**York Corporation**                                              PLAINTIFF

          v.          Civil No. 07-3021

**KIMBERLY H. BROOKS and**
**MARANDA JACOBIA, a/k/a**
**MARANDA HALEY, individually and**
**jointly d/b/a CHICBOUTIQUE4U.COM**
**d/b/a CHIC BOUTIQUE, and DOES 1-10**                            DEFENDANTS

<u>JUDGMENT</u>

Now on this 3rd day of June, 2008, comes on for consideration the parties' **Joint Motion For Final Judgment And Permanent Injunction** (document #21). The Court has reviewed this document, and finds that it requests relief that appears overbroad in light of the pleadings, and that it requests such relief be mixed with other aspects of relief apparently agreed upon by the parties pursuant to a settlement agreement not currently before the Court. In order for the Court to draft a proper judgment, the Court directs that plaintiff furnish the Court -- *in camera* -- copies of all settlement documents, and a transcript of any settlement agreement dictated into the record at the time of the Settlement Conference before United States Magistrate Judge James R. Marschewski.

**IT IS SO ORDERED.**

                                            /s/ Jimm Larry Hendren
                                       **JIMM LARRY HENDREN**
                                       **UNITED STATES DISTRICT JUDGE**