IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

CHANEL, INC., a New
York Corporation                                             PLAINTIFF

       v.             Civil No. 07-3021

KIMBERLY H. BROOKS and
MARANDA JACOBIA, a/k/a
MARANDA HALEY, individually and
jointly d/b/a CHICBOUTIQUE4U.COM
d/b/a CHIC BOUTIQUE, and DOES 1-10            DEFENDANTS

## JUDGMENT

Now on this 1st day of July, 2008, comes on for consideration the parties' **Joint Motion For Final Judgment And Permanent Injunction** (document #21).  The Court has reviewed this document, and has conducted an *in camera* review of the Confidential Settlement Agreement and the transcript of the settlement conference, and based on that information enters judgment in this matter as follows:

**IT IS HEREBY ORDERED** that Kimberly H. Brooks and Maranda Jacobia are permanently enjoined from manufacturing, importing, advertising, distributing, selling, or offering to sell any product which counterfeits or infringes the following United States Federal Trademark Registrations, and from using said marks in connection with the sale of any unauthorized goods:

| Mark | Registration Number | Registration Date |
|---|---|---|
| CHANEL | 0,626,035 | 05/01/1956 |
| CC Monogram | 1,314,511 | 01/15/1985 |

| CHANEL | 1,347,677 | 07/09/1985 |
| CHANEL | 1,733,051 | 11/17/1992 |
| CC Monogram | 1,734,822 | 11/24/1992 |
| CC Monogram | 3,025,934 | 12/13/2005 |

**IT IS FURTHER ORDERED** that Kimberly H. Brooks and Maranda Jacobia are permanently enjoined from representing themselves as being associated with Chanel, Inc., and from representing any product they sell as being endorsed by Chanel, Inc.

**IT IS FURTHER ORDERED** that Kimberly H. Brooks and Maranda Jacobia are to transfer their interest in the domain name chicboutique4U.com to Chanel, Inc., on or before July 15, 2008.

**IT IS FURTHER ORDERED** that Kimberly H. Brooks and Maranda Jacobia are jointly and severally liable to Chanel, Inc., in the sum of Eight Thousand and no/100 Dollars ($8,000.00), with interest at the rate of 2.46% per annum from the date of this Judgment until paid, for which execution may issue.

**IT IS FURTHER ORDERED** that Kimberly H. Brooks and Maranda Jacobia shall, on or before January 1, 2009, each perform fifty (50) hours of community service with a charity of her choice, and immediately confirm in writing to Chanel, Inc., when such service is completed.

**IT IS FURTHER ORDERED** that each party will bear its own costs and attorney's fees.

**IT IS FURTHER ORDERED** that this Court will retain

jurisdiction over this matter until February 1, 2009.

**IT IS SO ORDERED.**

**/s/ Jimm Larry Hendren**
**JIMM LARRY HENDREN**
**UNITED STATES DISTRICT JUDGE**